CR 12 (Rev 5-03)

WARRANT FOR ARREST

# United States District Court

**DISTRICT**
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | DOCKET NO | MAGISTRATE'S CASE NO |
|---|---|---|
| v. <br> Carlos Gomez-Gonzalez | 08 | |

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

Carlos Gomez-Gonzalez

WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court
[x] Indictment   ☐ Information   ☐ Complaint

DISTRICT OF ARREST

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Illegal reentry

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 24 2008

| IN VIOLATION OF | UNITED STATES CODE TITLE <br> 8 | SECTION <br> 1326 |
|---|---|---|

| | BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|---|
| ORDERED BY | | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED <br> 7/24/08 |
| CLERK OF COURT | | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.