AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

United States
v.
Carlos Gomez-Gonzalez

**APPEARANCE**

Case Number: 08 Cr. 687

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Carlos Gomez-Gonzalez

I certify that I am admitted to practice in this court.

| 8/8/2008 | _/s/ Sarah Baumgartel_ |
|---|---|
| Date | Signature |

| Sarah Baumgartel | SB0019 |
|---|---|
| Print Name | Bar Number |

Federal Defenders, 52 Duane St., 10th Fl.
Address

| New York, NY | | 10007 |
|---|---|---|
| City | State | Zip Code |

| (212) 417-8772 | (212) 571-0392 |
|---|---|
| Phone Number | Fax Number |