USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-12-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :      ORDER

     v.                         :      08 Cr. 687 (LBS)

CARLOS GOMEZ-GONZALEZ,          :
  a/k/a "Alejandro Morales,"
  a/k/a "Pedro Martinez,"       :
  a/k/a "Carlos Gomez,"
                                :
          Defendant.
                                :
- - - - - - - - - - - - - - - - x
```

LEONARD B. SAND, District Judge:

      Upon the application of the United States of America, by and through Assistant United States Attorney Edward Y. Kim, and with the consent of the defendant, CARLOS GOMEZ-GONZALEZ, a/k/a "Alejandro Morales," a/k/a "Pedro Martinez," a/k/a "Carlos Gomez," by and through his counsel, Sarah Baumgartel, Esq., it is hereby ORDERED that the time between August 7, 2008, and the date of the next pre-trial conference scheduled in this matter, September 10, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because it will allow counsel for the defendant to meet with her client and

review discovery.

    SO ORDERED.

Dated:  New York, New York
        August //, 2008

_____
HON. LEONARD B. SAND
United States District Judge